UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.: __19-29778 (VFP)__

Enmanuel Pena and Bianca E. Pena,    Chapter: __7__
Debtors,
    Judge: __Vincent F. Papalia__

## NOTICE OF PROPOSED ABANDONMENT

_____Eric R. Perkins_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Martin Luther King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Vincent F. Papalia, USBJ__ on __February 19, 2020__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 378 Joralemon St, Belleville, NJ 07109
$355,000 as per CMA provided by Debtors |
|---|---|

| Liens on property: | Mortgage in the amount of $328,542 |
|---|---|

| Amount of equity claimed as exempt: | $21,612 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Eric R. Perkins, Chapter 7 Trustee
Address:    354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039
Telephone No.: 973-422-1100

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-29778-VFP
Enmanuel Pena                                                          Chapter 7
Bianca E. Pena
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                Page 1 of 2              Date Rcvd: Jan 16, 2020
                               Form ID: pdf905            Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
```
db/jdb          Enmanuel Pena,    Bianca E. Pena,    378 Joralemon St,    Belleville, NJ 07109-2166
518520680       ACCOUNT SERVICE DEPARTMENT,    PO Box 731,    Mahwah, NJ 07430-0731
518520681       AFFIRM OPERATION LOANS III TRUST,    1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
518520683       ASSET RECOVERY SOLUTIONS, LLC,    2200 E Devon Ave Ste 200,    Des Plaines, IL 60018-4501
518520684       BANK OF AMERICA,    205 Bryant Woods S,    Amherst, NY 14228-3609
518520685       BRIGHTWATER CAPITAL LLC,    850 Concourse Pkwy S Ste 120,    Maitland, FL 32751-6144
518520690       CHASE CARD,    CHASE CARD,    PO Box 15298,    Wilmington, DE 19850-5298
518520689      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   CBNA,    50 NW Point Blvd,    Elk Grove Village, IL 60007-1032)
518520697       CREDIT CONTROL, LLC,    PO Box 31179,    Tampa, FL 33631-3179
518520691      +CitiBank,Na,    500 Summit Lake Dr # 400,    Valhalla, NY 10595-2321
518520698       DOYLE & HOEFS, LLC,    2043 Springwood Rd,    York, PA 17403-4836
518520699       FIRSTSOURCE,    205 Bryant Woods S,    Amherst, NY 14228-3609
518520700       FMS INC,    PO Box 707600,    Tulsa, OK 74170-7600
518520701       FRD MOTOR CR,    FORD MOTOR CREDIT,    PO Box 542000,    Omaha, NE 68154-8000
518520702       GENPATH HEALTH COMPANY,    PO Box 21134,    New York, NY 10087-1134
518520703       JP MORGAN CHASE BANK, NA,    PO Box 722929,    Houston, TX 77272-2929
518520704       KEARNY EMS,    PO Box 949,    Matawan, NJ 07747-0949
518520705       LENDINGCLUB CORP.,    2200 E Devon Ave Ste 200,    Des Plaines, IL 60018-4501
518520707       Lexus Finanical Services,    PO Box 4102,    Carol Stream, IL 60197-4102
518520706       Lexus financial Services,    PO Box 4102,    Carol Stream, IL 60197-4102
518520709       MACYS/DSNB,    PO Box 8218,    Mason, OH 45040-8218
518520710       MERCANTILE,    165 Lawrence Bell Dr Ste 100,    Williamsville, NY 14221-7900
518520712       MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
518520719       SALLIE MAE BANK INC,    PO Box 3229,    Wilmington, DE 19804-0229
518520720       SAMSUNG FINANCING PROGRAM,    PO Box 731,    Mahwah, NJ 07430-0731
518520722       Synchrony Bank,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
518520721       Synchrony Bank,    5440 N Cumberland Ave Ste 300,    Chicago, IL 60656-1486
518520725       Synchrony Bank,    PO Box 12914,    Norfolk, VA 23541-0914
518520724       Synchrony Bank,    FMS INC.,    PO Box 707600,    Tulsa, OK 74170-7600
518520726       Synchrony Bank / CARE CREDIT VISION,    63 E 11400 S # 408,    Sandy, UT 84070-6705
518520727       TOYOTA MOTOR CREDIT,    PO Box 9786,    Cedar Rapids, IA 52409-0004
518520728       US DEPT OF ED/ GLELSI,    PO Box 7860,    Madison, WI 53707-7860
518520729       USSA SAVING BANK,    165 Lawrence Bell Dr Ste 100,    Williamsville, NY 14221-7900
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 23:45:56      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 23:45:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: bnc@atlasacq.com Jan 16 2020 23:45:08      Atlas Acquisitions LLC,
                 AttnL Avi Schild,    294 Union Street,    Hackesack, NJ 07601-4303
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 23:50:44
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518520682       E-mail/Text: bnc@alltran.com Jan 16 2020 23:45:08      ALLTRAN FINANCIAL LP,    PO Box 722929,
                 Houston, TX 77272-2929
518559083      +E-mail/Text: bnc@atlasacq.com Jan 16 2020 23:45:08      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
518520686       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 23:51:39      CAPITAL ONE/LORD & T,
                 1680 Capital One Dr,    McLean, VA 22102-3407
518520687      +E-mail/Text: bankruptcy@cavps.com Jan 16 2020 23:46:12      CAVALRY PORTFOLIO SERVICE,
                 500 Summit Lake Dr # 400,    Valhalla, NY 10595-2322
518520688       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 16 2020 23:45:37      CB/EXPRESS,
                 PO Box 182789,    Columbus, OH 43218-2789
518520692       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 16 2020 23:45:37      COMENITY BANK/KAY,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
518520693       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 16 2020 23:45:38      COMENITY BANK/LIMITED,
                 PO Box 182789,    Columbus, OH 43218-2789
518520694       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 16 2020 23:45:38      COMENITY BANK/VCTRSSEC,
                 PO Box 182125,    Columbus, OH 43218-2125
518520695       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 16 2020 23:45:38      COMENITY BANK/VICTORI,
                 PO Box 182789,    Columbus, OH 43218-2789
518520696       E-mail/Text: kzoepfel@credit-control.com Jan 16 2020 23:45:57      CREDIT CONTROL, LLC,
                 5757 Phantom Dr Ste 330,    Hazelwood, MO 63042-2429
518520708       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 16 2020 23:51:05      LVNV FUNDING LLC,
                 55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
518520711       E-mail/Text: kmorgan@morganlaw.com Jan 16 2020 23:46:31      MORGAN, BORNSTEIN & MORGAN,
                 1236 Brace Rd Ste K,    Cherry Hill, NJ 08034-3229
518520714       E-mail/Text: ext_ebn_inbox@navyfederal.org Jan 16 2020 23:46:39      NAVY FEDERAL CR UNION,
                 PO Box 3700,    Merrifield, VA 22119-3700
518520713       E-mail/Text: ext_ebn_inbox@navyfederal.org Jan 16 2020 23:46:39      NAVY FEDERAL CR UNION,
                 820 Follin Ln SE,    Vienna, VA 22180-4907
```

```
District/off: 0312-2           User: admin              Page 2 of 2             Date Rcvd: Jan 16, 2020
                               Form ID: pdf905          Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518520715       E-mail/Text: ext_ebn_inbox@navyfederal.org Jan 16 2020 23:46:39     NAVY FEDERAL CREDIT UNION,
                 PO Box 3000,   Merrifield, VA  22119-3000
518520716       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 16 2020 23:51:36     OLLO/CWS,
                 PO Box 9222,   Old Bethpage, NY  11804-9222
518520717       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2020 00:03:34
                 PORFOLIO RECOVERY,   120 Corporate Blvd # 100,   Norfolk, VA  23502-4952
518520718       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 16 2020 23:52:39
                 PORFOLIO RECOVERY ASSOCIATES,   PO Box 12914,   Norfolk, VA  23541-0914
518520927      +E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 23:52:27     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
518520723       E-mail/PDF: gecsedi@recoverycorp.com Jan 16 2020 23:52:28     Synchrony Bank,   PO Box 965004,
                 Orlando, FL  32896-5004
518520730       E-mail/Text: bnc-bluestem@quantum3group.com Jan 16 2020 23:46:27     WEBBANK/FINGERHUT,
                 6250 Ridgewood Rd,   Saint Cloud, MN  56303-0820
                                                                                                TOTAL: 25

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              Denise E. Carlon   on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Michelle Roman    on behalf of Joint Debtor Bianca E. Pena romanandassociatesllc@gmail.com
              Michelle Roman    on behalf of Debtor Enmanuel  Pena romanandassociatesllc@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```