**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Enmanuel Pena<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5179<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Bianca E. Pena<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1792<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–29778–VFP

## Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Enmanuel Pena                                           Bianca E. Pena
aka PENA SANCHEZ, EMANNUEL                              aka VELEZ, BIANCA E.

1/24/20                                                 **By the court:**   Vincent F. Papalia
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 19-29778-VFP
Enmanuel Pena                                                                           Chapter 7
Bianca E. Pena
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2              Date Rcvd: Jan 24, 2020
                              Form ID: 318               Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2020.
```
db/jdb         Enmanuel Pena,    Bianca E. Pena,    378 Joralemon St,    Belleville, NJ 07109-2166
518520680      ACCOUNT SERVICE DEPARTMENT,    PO Box 731,    Mahwah, NJ 07430-0731
518520681      AFFIRM OPERATION LOANS III TRUST,    1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
518520683      ASSET RECOVERY SOLUTIONS, LLC,    2200 E Devon Ave Ste 200,    Des Plaines, IL 60018-4501
518520684      BANK OF AMERICA,    205 Bryant Woods S,    Amherst, NY 14228-3609
518520685      BRIGHTWATER CAPITAL LLC,    850 Concourse Pkwy S Ste 120,    Maitland, FL 32751-6144
518520689     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: CBNA,    50 NW Point Blvd,    Elk Grove Village, IL 60007-1032)
518520697      CREDIT CONTROL, LLC,    PO Box 31179,    Tampa, FL 33631-3179
518520691     +CitiBank,Na,    500 Summit Lake Dr # 400,    Valhalla, NY 10595-2321
518520698      DOYLE & HOEFS, LLC,    2043 Springwood Rd,    York, PA 17403-4836
518520700      FMS INC,    PO Box 707600,    Tulsa, OK 74170-7600
518520702      GENPATH HEALTH COMPANY,    PO Box 21134,    New York, NY 10087-1134
518520703      JP MORGAN CHASE BANK, NA,    PO Box 722929,    Houston, TX 77272-2929
518520704      KEARNY EMS,    PO Box 949,    Matawan, NJ 07747-0949
518520705      LENDINGCLUB CORP.,    2200 E Devon Ave Ste 200,    Des Plaines, IL 60018-4501
518520710      MERCANTILE,    165 Lawrence Bell Dr Ste 100,    Williamsville, NY 14221-7900
518520712      MRS BPO, LLC,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
518520719      SALLIE MAE BANK INC,    PO Box 3229,    Wilmington, DE 19804-0229
518520720      SAMSUNG FINANCING PROGRAM,    PO Box 731,    Mahwah, NJ 07430-0731
518520722      Synchrony Bank,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
518520725      Synchrony Bank,    PO Box 12914,    Norfolk, VA 23541-0914
518520721      Synchrony Bank,    5440 N Cumberland Ave Ste 300,    Chicago, IL 60656-1486
518520724      Synchrony Bank,    FMS INC.,    PO Box 707600,    Tulsa, OK 74170-7600
518520726      Synchrony Bank / CARE CREDIT VISION,    63 E 11400 S # 408,    Sandy, UT 84070-6705
518520728      US DEPT OF ED/ GLELSI,    PO Box 7860,    Madison, WI 53707-7860
518520729      USSA SAVING BANK,    165 Lawrence Bell Dr Ste 100,    Williamsville, NY 14221-7900
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 25 2020 00:53:15     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 25 2020 00:53:12     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: ATLASACQU.COM Jan 25 2020 05:18:00     Atlas Acquistions LLC,    AttnL Avi Schild,
               294 Union Street,    Hackesack, NJ 07601-4303
cr            +EDI: RMSC.COM Jan 25 2020 05:18:00     Synchrony Bank, c/o PRA Recievables Management, LL,
               POB 41021,    Norfolk, VA 23541-1021
518520682      EDI: URSI.COM Jan 25 2020 05:18:00     ALLTRAN FINANCIAL LP,    PO Box 722929,
               Houston, TX 77272-2929
518559083     +EDI: ATLASACQU.COM Jan 25 2020 05:18:00     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
518520686      EDI: CAPITALONE.COM Jan 25 2020 05:18:00     CAPITAL ONE/LORD & T,    1680 Capital One Dr,
               McLean, VA 22102-3407
518520687     +E-mail/Text: bankruptcy@cavps.com Jan 25 2020 00:53:45     CAVALRY PORTFOLIO SERVICE,
               500 Summit Lake Dr # 400,    Valhalla, NY 10595-2322
518520688      EDI: WFNNB.COM Jan 25 2020 05:18:00     CB/EXPRESS,    PO Box 182789,    Columbus, OH 43218-2789
518520690      EDI: CHASE.COM Jan 25 2020 05:18:00     CHASE CARD,    CHASE CARD,    PO Box 15298,
               Wilmington, DE 19850-5298
518520692      EDI: WFNNB.COM Jan 25 2020 05:18:00     COMENITY BANK/KAY,    3100 Easton Square Pl,
               Columbus, OH 43219-6232
518520693      EDI: WFNNB.COM Jan 25 2020 05:18:00     COMENITY BANK/LIMITED,    PO Box 182789,
               Columbus, OH 43218-2789
518520694      EDI: WFNNB.COM Jan 25 2020 05:18:00     COMENITY BANK/VCTRSSEC,    PO Box 182125,
               Columbus, OH 43218-2125
518520695      EDI: WFNNB.COM Jan 25 2020 05:18:00     COMENITY BANK/VICTORI,    PO Box 182789,
               Columbus, OH 43218-2789
518520696      E-mail/Text: kzoepfel@credit-control.com Jan 25 2020 00:53:17     CREDIT CONTROL, LLC,
               5757 Phantom Dr Ste 330,    Hazelwood, MO 63042-2429
518520699      EDI: FSAE.COM Jan 25 2020 05:18:00     FIRSTSOURCE,    205 Bryant Woods S,
               Amherst, NY 14228-3609
518520701      EDI: FORD.COM Jan 25 2020 05:18:00     FRD MOTOR CR,    FORD MOTOR CREDIT,    PO Box 542000,
               Omaha, NE 68154-8000
518520708      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 25 2020 00:55:32     LVNV FUNDING LLC,
               55 Beattie Pl Ste 110,    Greenville, SC 29601-5115
518520707      EDI: TFSR.COM Jan 25 2020 05:18:00     Lexus Finanical Services,    PO Box 4102,
               Carol Stream, IL 60197-4102
518520706      EDI: TFSR.COM Jan 25 2020 05:18:00     Lexus financial Services,    PO Box 4102,
               Carol Stream, IL 60197-4102
518520709      EDI: TSYS2.COM Jan 25 2020 05:18:00     MACYS/DSNB,    PO Box 8218,    Mason, OH 45040-8218
518520711      E-mail/Text: kmorgan@morganlaw.com Jan 25 2020 00:54:10     MORGAN, BORNSTEIN & MORGAN,
               1236 Brace Rd Ste K,    Cherry Hill, NJ 08034-3229
```

```
District/off: 0312-2          User: admin              Page 2 of 2                Date Rcvd: Jan 24, 2020
                              Form ID: 318             Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518520714      EDI: NFCU.COM Jan 25 2020 05:18:00      NAVY FEDERAL CR UNION,   PO Box 3700,
                Merrifield, VA   22119-3700
518520713      EDI: NFCU.COM Jan 25 2020 05:18:00      NAVY FEDERAL CR UNION,   820 Follin Ln SE,
                Vienna, VA   22180-4907
518520715      EDI: NFCU.COM Jan 25 2020 05:18:00      NAVY FEDERAL CREDIT UNION,   PO Box 3000,
                Merrifield, VA   22119-3000
518520716      E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 25 2020 00:56:30     OLLO/CWS,
                PO Box 9222,   Old Bethpage, NY   11804-9222
518520717      EDI: PRA.COM Jan 25 2020 05:18:00       PORFOLIO RECOVERY,   120 Corporate Blvd # 100,
                Norfolk, VA   23502-4952
518520718      EDI: PRA.COM Jan 25 2020 05:18:00       PORFOLIO RECOVERY ASSOCIATES,   PO Box 12914,
                Norfolk, VA   23541-0914
518520927     +EDI: RMSC.COM Jan 25 2020 05:18:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
518520723      EDI: RMSC.COM Jan 25 2020 05:18:00      Synchrony Bank,   PO Box 965004,
                Orlando, FL   32896-5004
518520727      EDI: TFSR.COM Jan 25 2020 05:18:00      TOYOTA MOTOR CREDIT,   PO Box 9786,
                Cedar Rapids, IA   52409-0004
518520730      EDI: BLUESTEM Jan 25 2020 05:18:00      WEBBANK/FINGERHUT,   6250 Ridgewood Rd,
                Saint Cloud, MN   56303-0820
                                                                                              TOTAL: 32

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
          Denise E. Carlon   on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric Raymond Perkins    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal,
           nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
          Eric Raymond Perkins     eperkins@becker.legal,
           nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
          Michelle   Roman    on behalf of Joint Debtor Bianca E. Pena romanandassociatesllc@gmail.com
          Michelle   Roman    on behalf of Debtor Enmanuel  Pena romanandassociatesllc@gmail.com
          Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```