Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19–29778–VFP
        Chapter: 7
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Enmanuel Pena | Bianca E. Pena |
| aka PENA SANCHEZ, EMANNUEL | aka VELEZ, BIANCA E. |
| 378 Joralemon St | 378 Joralemon St |
| Belleville, NJ 07109–2166 | Belleville, NJ 07109–2166 |

Social Security No.:
  xxx–xx–5179                         xxx–xx–1792

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Eric Raymond Perkins is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 20, 2020</u>             <u>Vincent F. Papalia</u>
                                            Judge, United States Bankruptcy Court